JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOSE MANUEL CEJA CEJA,**<br>**Petitioner,**<br>**v.**<br>**WARDEN OF ADELANTO ICE PROCESSING CENTER, et al.,**<br>**Respondents.** | **NO. 5:26-cv-06127-KS**<br><br>**JUDGMENT** |

Pursuant to the Court's accompanying Memorandum and Order re: Petition for Writ of Habeas Corpus by a Person in Federal Custody Under 28 U.S.C. § 2241, IT IS ADJUDGED that the pending action is DISMISSED as MOOT.

DATED: October 28, 2026

KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE